AO 247 (Rev. 11/11)  Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)          Page 1 of 2 (Page 2 Not for Public Disclosure)

# UNITED STATES DISTRICT COURT
for the

Southern District of Indiana

United States of America )
v. )
Roberto Carlos Ramirez )
a/k/a Adrian Mendoza )     Case No:  4:06CR00023-011
)     USM No:  08418-028
Date of Original Judgment: 01/23/2008 )
Date of Previous Amended Judgment: )     Sara J. Varner
*(Use Date of Last Amended Judgment if Any)* )     *Defendant's Attorney*

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION
## PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C.
§ 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has
subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C.
§ 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10
and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
    ☐ DENIED.   ☑ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in
the last judgment issued)* of    144                 months **is reduced to**    120 months*                 .

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated    01/23/2008    shall remain in effect.

**IT IS SO ORDERED**.

Order Date:    6/22/2015

                                               SARAH EVANS BARKER, JUDGE
                                               United States District Court
                                               Southern District of Indiana

Effective Date:    11/01/2015
         *(if different from order date)*



A CERTIFIED TRUE COPY
Laura A. Briggs, Clerk
U.S. District Court
Southern District of Indiana

By _Kelly Roth_
                    Deputy Clerk